**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:17-cr-59 |
| | : | |
| vs. | : | Judge Timothy S. Black |
| | : | |
| JAMES ARTHUR BROWN, JR. (1), | : | |
| | : | |
| Defendant. | : | |

**ORDER REGARDING RELEASE ON BOND**

This case is before the Court regarding Defendant's custodial status and the previously filed detention order. (Doc. 60). Specifically, on October 17, 2025, Defendant appeared before the Court for an initial appearance on the alleged supervised release violations. (Doc. 58; Min. Entry, Oct. 17, 2025). At that time, Defendant was remanded to the custody of the U.S. Marshals, pending a revocation hearing. (Doc. 60). However, this Court cannot proceed with revocation until Defendant's pending state court charges are resolved.

Therefore, to ensure Defendant's appearance at all upcoming state court hearings, this Court **REVOKES** the prior detention order (Doc. 60) and **RELEASES** Defendant on bond, subject to standard and special conditions. Specifically, Defendant **SHALL**:

(1) Report to his U.S. Probation Officer within the first 24-hours of his release;

(2) Comply with all conditions of Supervised Release, as previously imposed;

(3) Appear for all state court hearings, as required; and

(4) Comply with any additional instructions and obligations, as agreed upon.

2

The Court instructs the U.S. Marshals to **RELEASE** Defendant from custody and ensure that Defendant receives a copy of this Order prior to his release.

**IT IS SO ORDERED.**

Date: 12/8/2025

Timothy S. Black
United States District Judge